AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AND ARREST WARRANT

I, Bryon J. Speakes, a Special Agent of the Federal Bureau of Investigation (hereinafter "Affiant"), being first duly sworn, hereby depose and state as follows:

INTRODUCTION

1.      Your Affiant is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C. § 2516.

2.      Your Affiant has been employed by the Federal Bureau of Investigation ("FBI") since September 2015 and has been assigned to the Cleveland Division, Youngstown Resident Agency, since February 2016.  During this time, Affiant has been assigned investigative responsibilities in the area of general criminal matters, including crimes against children.

3.      Over the course of Affiant's employment as a FBI Special Agent ("SA") Affiant has conducted and participated in dozens of criminal investigations that have resulted in arrests for crimes involving crimes against children.  These crimes resulted in subsequent convictions in Federal Courts.

4.      Your Affiant has written and executed or participated in the planning and execution of State and Federal arrest and search warrants, which have led to the arrests and conviction of many individuals.

1

## PURPOSE

5.      This affidavit is being submitted for the limited purpose of establishing probable

cause that **DAVID C. GRUNDEN**, age 34, currently residing on West Washington Street in Lis-

bon, Ohio, has violated Title 18, United States Code, §§ 2251(d)(1)(A) and (2)(B) (solicitation

and advertising for child pornography).  Title 18, United States Code, §§ 2251(d)(1)(A) and

(2)(B) prohibits a person from knowingly making, printing, or publishing, or causing to be made,

printed, or published, any notice or advertisement seeking or offering to receive, exchange, buy,

produce, display, distribute, or reproduce, any visual depiction, if the production of such visual

depiction involves the use of a minor engaging in sexually explicit and such visual depiction is of

such conduct using any means of interstate commerce.

## BASIS FOR PROBABLE CAUSE

6.      On or about June 20, 2018, the FBI Jacksonville, Florida, office sent an

investigative lead to the FBI Youngstown, Ohio, regarding the potential filming of child

exploitation materials.  That investigative lead was based upon the monitoring of chat dialogs

posted on an adult bulletin board site.  A CHS (hereinafter "CHS-1"[1]) reported that from January

11, 2018 through June 11, 2018, a user using the online usernames, "Aetatis[2] Productions;

---

[1]  I have been advised by FBI SA Abbigail Beccaccio, who has been employed by the FBI for
over five years, that she has utilized CHS-1 for over two years and six months and has found the
CHS-1 to be reliable.  SA Beccaccio further advised me that CHS-1 has provided information
which has led to at least six arrests and/or search warrant executions through the use of infor-
mation provided by the CHS-1.  For each arrest/search warrant executed images/videos depicting
child pornography were located at the search site.  SA Beccaccio additionally provided me that
the CHS-1 has not been financially compensated for the information provided and has never
been a suspect in a child pornography, or other Federal investigation.

[2]  "Aetatis" is Latin and translates to, "of or at the age of" in English.

2

Snuffed[3] my Daughters for Fun; Brutus; and Brutal Brutus," had posted, on at least 13 different instances, messages regarding recording children being sexually exploited.

7.     On or about January 11, 2018 through June 11, 2018, CHS-1 observed the usernames of Aetatis Productions; Snuffed my Daughters for Fun; Brutus; and Brutal Brutus utilize the same IP address of, 173.90.25.118 (hereinafter "SUBJECT-1"). SUBJECT-1 instructed interested parties to private message them in the chatroom and did not provide any other contact information. The following posts were observed by CHS-1 from January 11, 2018 through June 11, 2018:

   a.  On January 11, 2018, SUBJECT-1 using Aetatis Productions posted: "Aetatis is still looking for hung men with absolutely no age limits willing to perform on camera with young girls. Please message me for info;"

   b.  On January 22, 2018, SUBJECT-1 using Aetatis Productions posted: "Aetatis Productions. We are hiring! Looking for very young girls and well hung men to perform in our video projects. Message me for more info;"

   c.  On January 25, 2018, SUBJECT-1 using Aetatis Productions posted: "Will it fit? Now casting well hung men with no age limits. Message me for more information;"

   d.  On January 28, 2018, SUBJECT-1 using Aetatis Productions posted: "Will it fit? Now casting well hung men with no age limits. Message me for more information;"

---

[3] A Snuff film, or snuff movie, is a movie in a purported genre of movies in which a person is actually murdered or commits suicide.

e.  On January 30, 2018, SUBJECT-1 using Aetatis Productions posted:  "Aetatis Hurtcore[4]  Productions. Now hiring brutal, sadistic, well hung men with no age limitations at all. Message me for more info;"

f.  On February 11, 2018, SUBJECT-1 using Aetatis Productions posted:  "Aetatis Hurtcore Productions. Now hiring brutal, sadistic, well hung men with no age limitations at all. Message me for more info;"

g.  On February 20, 2018, SUBJECT-1 using Aetatis Productions posted:  "Now hiring. Well hung, brutal, sadistic sick-minded men with no age restrictions at all. Now casting for a series of hurtcore and snuff videos. Message me for additional information on this project;"

h.  On February 26, 2018, SUBJECT-1 using Brutal Brutus posted:  "I love beating the life out of children.  Gives me such a sexual rush.  Even better when their parents are watching in horror;"

i.  On April 11, 2018, SUBJECT-1 using Aetatis Productions posted:  "Aetatis Hurtcore Productions. Mother's Day Special. Moms, bring your daughters in and watch them get raped and snuffed so you can enjoy your day without worrying about kids anymore! Message me for additional information"

j.  On May 28, 2018, SUBJECT-1 using Aetatis Productions posted:  "Aetatis Hurtcore Productions. Now hiring sadistic, brutal, and well hung men with absolutely no age limits to film a series of hurtcore and snuff films with very young girls;" and

---

[4]  Hurtcore is genre of pornography focused on the non-simulated, hardcore affliction of pain, torture, and humiliation, mainly on children including toddlers.

4

k.  On June 3, 2018, SUBJECT-1 using Aetatis Productions posted: "Aetatis

Hurtcore Productions. Now hiring sadistic, brutal, and well hung men with

absolutely no age limits to film a series of hurtcore and snuff films with very

young girls.  Please message me for additional information."

8.  On January 25, 2018, CHS-1 engaged in private messaging with SUBJECT-1 and

asked how old the girls were?  To which, SUBJECT-1 replied, "All under 12."

9.  On the same day (January 25, 2018) CHS-1 engaged in a private message with

SUBJECT-1 who indicated that Aetatis Productions was, "Just outside of Vegas [Las Vegas,

Nevada]."

10.  On March 29, 2018, the FBI Jacksonville, Florida, office subpoenaed Time

Warner Cable/Charter for the basic subscriber information for the IP address affiliated with

SUBJECT-1 for the time period from January 11, 2018 through March 28, 2018.

11.  On April 2, 2018, Time Warner Cable/Charter returned the subpoena with the

following account information:

> Subscriber Name: Rich/Pat Grunden
> Subscriber Address: **219 West Washington Street, Lisbon Ohio 44432**
> Business Number: 234-567-0974
> Other Number: 330-870-8374
> Email Address: mothergrunden@hotmail.com
> Account Number: 657976-03

12.  A FBI Jacksonville query of the current residents of the 219 West Washington

Street, Lisbon, Ohio (hereinafter "SUBJECT PREMISES"), indicated that, Patricia C. Grunden

(66), Richard E. Grunden (76), and **DAVID C. GRUNDEN** (34) are the current residents.

13.  On April 21, 2018, CHS-1 observed SUBJECT-1 using the username, "Snuffed

my Daughters for Fun."  SUBJECT-1 included a profile picture which shows a teenage girl

hugging another girl that is approximately 4-6 years in age.  SUBJECT-1 posted an animated

cartoon of a man doing a hip thrust.  The image below is a screenshot taken from the April 21, 2018, Chat-Avenue posting provided by CHS-1:



14.      A May 29, 2018, **GRUNDEN** posted on his Facebook page that other people had posed as him and DCG productions and asked for models (children) for inappropriate photos of themselves for money.  In the post **GRUNDEN**, claimed it was not him.  The image below is taken from **GRUNDEN**'s May 29, 2018, Facebook posting:



**Dave Grunden**
May 29 at 6:37pm · ✐

I want to make sure everyone knows this, again, just in case.

I don't use SnapChat.

I have had several instances in the past where people are posing as me and DCG Productions/DCG Images asking models for inappropriate photos of themselves for money. It's not me.

I have Instagram...
instagram.com/dcgimages
instagram.com/dcgpme (an alternate account which is never used.)

I have Twitter...
twitter.com/dcgpme

I have Facebook...
facebook.com/thedcg84 (personal page)
facebook.com/dcgpme (business page)
facebook.com/dcgimages (photography and video page)

I have Youtube...
https://www.youtube.com/channel/UCvBKh-ly4DGXE4Lc6PV86Jw (which can be accessed via youtube.dcgp.me)

I have iStudio...
istudio.com/dcgimages

If you visit my website, www.dcgp.me, you will see a SnapChat icon that leads to my handle @thedcg84. This is the only SnapChat handle I have access to, however, I don't use it. I do not use Model Mayhem either, those guys are assholes, plain and simple.

These are the ONLY accounts I use. If you are contacted by someone claiming to be me and you are unsure if it's legit or not, you can call me at (330) 870-5591. This is my personal line and I will be more than happy to verify anything with you.

     👍 Like      💬 Comment      ↪ Share

15.     A May 30, 2018, observation by FBI Jacksonville of DCG Productions' Facebook profile indicates that DCG Productions describes itself as, "DCG Productions offers award winning, high quality photography, web and graphic design services to anyone!"

16.     A June 12, 2018, query by FBI Jacksonville of CLEAR for **GRUNDEN** revealed "DCG Productions" as his work affiliation.

17.     A June 12, 2018, FBI Jacksonville observed **GRUNDEN**'s Facebook profile in which he said he was the owners of DCG Productions. **GRUNDEN** also said he was, "photographer at DCG Images."

18.     A June 13, 2018, query by FBI Jacksonville on Google for the SUBJECT PREMISES revealed a listing for DCG Productions with a listed telephone number of 330-870-5591.

19.     On or about June 13, 2018, FBI Jacksonville observed **GRUNDEN**'s and DCG Productions' Facebook and Instagram pages. Observed on those pages are photographs of minor females. **GRUNDEN** also used photographs of female children on his Facebook page to promote DCG Productions, and posted an album titled, "A DCG Santa," in which a man, who is similar in appearance to **GRUNDEN**, is dressed up as Santa Claus and posed in pictures with children.

20.     On or about August 24, 2018, FBI SA Abbigail Beccaccio informed FBI TFO Brenda Golec (Youngstown, Ohio, Ohio Bureau of Criminal Investigation) that CHS-1 had observed that SUBJECT-1 was active again on the Chat-Avenue bulletin board site. SUBJECT-1 was using the online user name "Peryperv," however still maintained the same IP address as Aetatis Productions (173.90.25.11 [SUBJECT-1]).

21.     On September 13, 2018, a surveillance camera (hereinafter "pole camera"), was installed in vicinity of the SUBJECT PREMISES. The pole camera's field of view covered the main entrance of the residence. On the following dates and times Affiant observed the following:

    a.  On September 13, 2018, at approximately 3:32 pm, a white man, who was approximately 300 pounds, wearing a white sleeveless shirt and black shorts

8

exited and entered the SUBJECT PREMISES. The man I observed is similar in appearance to the OHleg[5] photographs of **GRUNDEN**;

b.  On September 13, 2018, at approximately 8:03 pm, **GRUNDEN** exited the SUBJECT PREMISES and entered the SUBJECT VEHICLE. A query of OHleg reveals that the SUBJECT VEHICLE is registered to Richard E. Gruden, **GRUNDEN**'s father;

c.  On September 14, 2018, at approximately 10:21 pm, **GRUNDEN** exited the SUBJECT PREMISES and retrieved mail from the mailbox and then reentered the residence;

d.  On September 15, 2018, at approximately 10:39 am, **GRUNDEN** exited the SUBJECT PREMISES with a dolly carrying unidentified equipment. **GRUNDEN** then opened the passenger door of the SUBJECT VEHICLE and retrieved a camera and placed it around his neck;

e.  On September 21, 2018, at approximately 12:39 am, two girls, who appear to be between 13 to 15 years of age, were standing outside the front door of the SUBJECT PREMISES talking to **GRUNDEN**. Approximately three minutes later, at 12:42 am, the two girls entered the SUBJECT VEHICLE with **GRUNDEN** who then entered the driver's seat and drove away; and

f.  On September 21, 2018, at approximately 2:07 am, the SUBJECT VEHICLE returned into the driveway of the SUBJECT PREMISES. The SUBJECT VEHICLE parked out of view of the pole camera.

---

[5] The Ohio Law Enforcement Gateway (OHleg) is a state-of-the-art electronic information network that allows Ohio law enforcement agencies to share criminal justice data efficiently and securely.

22.     On October 3, 2018, a CHS with access to personally identifiable information (PII) for residents and their dependents within the state of Ohio (hereinafter "CHS-2") identified that **GRUNDEN** resides at the SUBJECT PREMISES.  CHS-2 further identified that **GRUNDEN** has no children.

23.     On October 15, 2018, Affiant viewed **GRUNDEN**'s Facebook page.  Affiant observed a picture posted on September 21, 2017, which shows a girl who is approximately 4-6 years in age.  The girl is similar in appearance to the April 21, 2018, Chat-Avenue posting by SUBJECT-1.  Within the photo **GRUNDEN** posts, "DCG Images – SIX TIMES Award-Winning Photographer…."  Below **GRUNDEN**'s posting a person (hereinafter "WITNESS-1") posts, "WITNESS-1, So Beautiful! Love, love this picture of our beautiful niece [name omitted]."

24.     On October 15, 2018, Affiant observed WITNESS-1's Facebook page.  On October 15, 2016, a picture was posted which shows a teenage girl and a girl who is approximately 4-6 years in age.  The two girls are hugging; this picture is the same as the one posted by SUBJECT-1 on Chat-Avenue on April 21, 2018.  The image below is a screenshot taken from the WITNESS-1 October 15, 2016, Facebook page:



25.     On October 16, 2018, Affiant conducted surveillance in the vicinity of the

SUBJECT PREMISES.  Affiant was able to determine that two wireless internet (Wi-Fi)

networks, "WIFID63803" and "WIFI63803-5G" had the strongest signal strength.  Both of these

networks were secured via a password.

26.     On October 16, 2018, Affiant observed **GRUNDEN**'s Facebook page.  On

January 20, 2016, **GRUNDEN** took a still image of a screen on a mobile device.  The picture

shows the "Apps," or mobile applications setting page.  A category of "Wireless Networks" can

be observed in which a partial Wi-Fi network name can be seen, which begins with the letter,

"W…"

27.     On October 16, 2018, Affiant received a subpoena return for subscriber information for two Facebook accounts associated with **GRUNDEN**. The first account number, 103996569643660, is the user identification number for "DCG Productions." From February 21, 2018 through March 20, 2018, the listed IP login address was 173.90.25.118 ("SUBJECT-1"). The second account number, 163797360438588, is the user identification number for "DCG Images." From February 21, 2018 through March 20, 2018, the listed IP login address was 173.90.25.118 ("SUBJECT-1").

28.     Based on that the April 13, 2018, profile photograph posted on the Chat-Avenue bulletin board site by SUBJECT-1, and the October 16, 2016, photograph posted by WITNESS-1 is the same. And that the IP address used by SUBJECT-1 on the Chat-Avenue bulletin board site from January 11, 2018 through June 11, 2018, is the same as those identified as Facebook pages operated by **GRUNDEN**, there is probable cause to believe that SUBJECT-1 is **GRUNDEN**.

29.     On October 30, 2018, Special Agents and TFOs with the FBI, and Ohio Bureau of Criminal Investigation executed a search warrant at 219 West Washington Street, Lisbon, Ohio 44432 and made contact with the occupants, **DAVID C. GRUNDEN,** Patricia Grunden, and Richard Grunden.

30.     On October 30, 2018, **GRUNDEN**, agreed to accompany Affiant and TFO Brenda Golec to the Columbiana, Ohio, County Jail for further questioning. While driving to the jail **GRUNDEN** said without prompt, "I know I messed up."

31.     **GRUNDEN** voluntarily chose to speak with agents regarding his knowledge of placing advertising for the sexual exploitation of children on the online Chat-Avenue bulletin board service from January 11, 2018 through June 11, 2018. **GRUNDEN** admitted to using the

usernames, "Aetatis Productions; Snuffed my Daughters for Fun; Brutus; and Brutal Brutus" from his personal home computer.

32.      **GRUNDEN** said that he would use pictures of children that he personally took and ones off of the Internet and post those pictures on the Chat-Avenue bulletin board site for the purposes of having other users give him child pornography.  **GRUNDEN** would then create fantasy and fictional depictions of child pornography utilizing a digital graphic design program, such as Adobe Photoshop, to depict children in Hurtcore and snuff genre story lines.

33.      **GRUNDEN** maintained during the interview that he did not maintain child pornography on his personal computers.

34.      On October 30, 2018, on scene previews conducted by Computer Forensic Specialists/Special Agents from the Ohio Bureau of Criminal Investigations confirmed that approximately 179 depictions of child pornography were present on a computer, HP Pavilion A1000 bearing serial number MXXZ1006FH, located in room G of **GRUNDEN**'s residence. Investigators observed a series of images with a blonde girl who was approximately five years old in age.  The series includes images of the blonde girl nude, and engaging in oral and vaginal sex with an adult male.

CONCLUSION

35.     Based upon the facts and circumstances set forth in this Affidavit, and my training and experience, there is probable cause to believe that **DAVID C. GRUNDEN** has committed an offenses involving a violation of Title 18, United States Code, §§ 2251(d)(1)(A) and (2)(B) that is Solicitation and Advertising for Child Pornography.

_____
SA Bryon J. Speakes
Federal Bureau of Investigation


Sworn to and subscribed before me this 30st day of October 2018.


HONORABLE GEORGE J. LIMBERT
U.S. MAGISTRATE JUDGE

14